# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149372(125)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENNIS LEE TOMASIK,
      Defendant-Appellant.

_____/

SC: 149372
COA: 279161
Kent CC: 06-003485-FC

      On order of the Chief Justice, the motion of defendant-appellant for leave to file a brief in excess of the page limit restriction is GRANTED. The 82-page brief submitted on June 30, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2015



Clerk